U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RICARDO QUINONES, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | NO. 4:00-CR-239-A |
| § | (NO. 4:05-CV-359-A) |
| UNITED STATES OF AMERICA, § | |
| § | |
| Respondent. § | |

## FINAL JUDGMENT

In accordance with the court's order of even date herewith,

The court ORDERS, ADJUDGES, and DECREES that the motion of Ricardo Quinones to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 be, and is hereby, dismissed as untimely.

SIGNED June 10, 2005.

_____
JOHN McBRYDE
United States District Judge